Case 1:22-cr-20011-KMM Document 3 Entered on FLSD Docket 01/21/2022 Page 1 of 6

FILED by KS D.C.
Jan 20, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20011-CR-MOORE/LOUIS

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1519
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

DAVE MICKENSON OBASS,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about December 18, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVE MICKENSON OBASS,**

did knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers, dates of birth, credit card account numbers, and bank account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 2-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about December 18, 2020, in Miami-Dade County, in the Southern District of

Florida, and elsewhere, the defendant,

**DAVE MICKENSON OBASS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with the intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is social security numbers, dates of birth, credit card account numbers, and bank account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly, transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name, date of birth, and social security number of "A.S." |
| 3 | Name, date of birth, and social security number of "J.N." |
| 4 | Name, date of birth, and social security number of "A.Y." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
### Obstruction of Justice
### (18 U.S.C. § 1519)

On or about January 27, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVE MICKENSON OBASS,**

did knowingly alter, destroy, mutilate, conceal, and cover up a record and document and tangible object, including, but not limited to, a cellphone and the data retained on said cellphone, with the

intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, that is, the Federal Bureau of Investigation and the United States Secret Service, agencies of the United States, in relation to and contemplation of any such matter and case, in violation of Title 18, United States Code, Sections 1519 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DAVE MICKENSON OBASS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall immediately forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

[This Space Intentionally Left Blank.]

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL,

_____
FOREPERSON

For
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

ARIELLE KLEPACH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVE MICKENSON OBASS,

Defendant.   /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes   [ ] No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_____
Arielle Klepach
Assistant United States Attorney
Court ID No.    A5502706

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DAVE MICKENSON OBASS

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

\* **Max. Penalty:** 10 Years' Imprisonment

Counts #: 2-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\***Max. Penalty:** Mandatory 2 Years' Imprisonment (consecutive to any other sentence)

Count #: 5

Obstruction of Justice

Title 18, United States Code, Section 1519

\***Max. Penalty:** 20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.